**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: Joseph M. Connolly | Debtor(s) | CHAPTER 7 |
| Lakeview Loan Servicing, LLC vs. | Movant | NO. 17-15425 JKF |
| Joseph M. Connolly | Debtor(s) | 11 U.S.C. Section 362 |
| Bonnie B. Finkel | Trustee | |

**ORDER**

AND NOW, this 13th day of November, 2017 at Philadelphia, upon failure of Debtor(s) and the Trustee to file and Answer or otherwise plead, it is:

ORDERED THAT: The Motion for Relief from the Automatic Stay of all proceedings is granted and the Automatic Stay of all proceeding, as provided under Section 362 of the Bankruptcy Abuse Prevention and Consumer Protection Act of 2005 (The Code), 11 U.S.C. Sections 362), is modified with respect to the subject premises located at 2514 Cedarfield Lane, Quakertown, PA 18951 ("Property), so as to allow Movant, its successors or assignees, to proceed with its rights and remedies under the terms of the subject Mortgage and pursue its in rem State Court remedies.

_(signature: Jean K. FitzSimon)_

United States Bankruptcy Judge.
Jean K. FitzSimon

Joseph M. Connolly
2514 Cedarfield Lane
Quakertown, PA 18951

Diana M. Dixon, Esq.
107 N. Broad Street (VIA ECF)
Suite 307
Doylestown, PA 18901

Bonnie B. Finkel
Bonnie B. Finkel
P.O. Box 1710
Cherry Hill, NJ 08034

KML Law Group, P.C.
Suite 5000 - BNY Independence Center
701 Market Street
Philadelphia, PA 19106-1532