United States Bankruptcy Court
Eastern District of Pennsylvania

In re:　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Case No. 17-15425-jkf
Joseph M. Connolly　　　　　　　　　　　　　　　　　　　　　　　　　　　Chapter 7
　　　Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2　　　　User: admin　　　　　　Page 1 of 2　　　　　　Date Rcvd: Dec 01, 2017
　　　　　　　　　　　　　　Form ID: 318　　　　　Total Noticed: 28

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 03, 2017.
```
db         +Joseph M. Connolly,    2514 Cedarfield Lane,    Quakertown, PA 18951-6020
13965467   #Central Credit Services, LLC,    20 Corporate Hills Drive,    Saint Charles, MO 63301-3749
13965469   +Home Depot Credit Services,    PO Box 790328,    Saint Louis, MO 63179-0328
13965470   +KML Law Group, P.C.,    Matthew K. Fissel, Esq.,    BNY Independence Center,
             701 Market St., Ste. 5000,    Philadelphia, PA 19106-1541
13965471    Laboratory Corp of America,    PO Box 2240,    Burlington, NC 27216-2240
13976086   +Lakeview Loan Srving LLC,    c/o Rebecca A. Solarz, Esq.,    KML Law Group PC,
             701 Market St., Ste. 5000,    Phila., PA 19106-1541
13965472   +Lakeview Loan Servicing, LLC,    4425 Ponce DeLeon Blvd.,    Mail Stop MS5/251,
             Miami, FL 33146-1837
13965475    Mohela,    PO Box 105347,    Atlanta, GA 30348-5347
13965476   +Northland Group, Inc.,    POBbox 390905,    Mail Code CBK2,    Minneapolis, MN 55439-0905
13965477   +Northland Group, Inc.,    POBbox 390905,    Mail Code CSB2,    Minneapolis, MN 55439-0905
13965478    One Main,    675 North East End Blvd.,    Quakertown, PA 18951
13965479    Penn National Insurance,    PO Box 13746,    Philadelphia, PA 19101-3746
13965480   +Pennridge Pediatric Associates, Inc.,    711 Lawn Avenue,    Sellersville, PA 18960-1583
13965481   +Quakertown Veterinary Clinic,    2250 Old Bethlehem Pike,    Quakertown, PA 18951-3948
13965483   +St Lukes's Hospital,    ATTN: Billing Department,    801 Ostrum Street,
             Bethlehem, PA 18015-1065
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg         E-mail/Text: bankruptcy@phila.gov Dec 02 2017 02:03:36      City of Philadelphia,
             City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
             Philadelphia, PA  19102-1595
smg         E-mail/Text: RVSVCBICNOTICE1@state.pa.us Dec 02 2017 02:02:57      Pennsylvania Department of Revenue,
             Bankruptcy Division,    P.O. Box 280946,    Harrisburg, PA  17128-0946
smg        +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Dec 02 2017 02:03:17      U.S. Attorney Office,
             c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
13965466   +EDI: RMCB.COM Dec 02 2017 01:58:00      American Med Collection Agency,    4 Westchester Blvd.,
             Suire 110,    Elmsford, NY 10523-1615
13965468   +E-mail/Text: ering@cbhv.com Dec 02 2017 02:03:05      Collection Bureau of the Hudson Valley,
             PO Box 831,    Newburgh, NY 12551-0831
13965473    E-mail/Text: camanagement@mtb.com Dec 02 2017 02:02:35      M&T Bank,
             Lending Services, Customer Service,    PO Box 1288,    Buffalo, NY 14240-1288
13965474    E-mail/Text: camanagement@mtb.com Dec 02 2017 02:02:35      M&T Bank,    PO Box 900,
             Millsboro, DE 19966
13965482    EDI: SEARS.COM Dec 02 2017 01:58:00      Sears Credit Cards,    PO Box 6282,
             Sioux Falls, SD 57117-6282
13995225    E-mail/Text: BKRMailOPS@weltman.com Dec 02 2017 02:02:36      Sterling Jewelers, Inc.,
             d/b/a Kay Jewelers,    375 Ghent Road,    Akron, OH  44333-4601
13965484    EDI: RMSC.COM Dec 02 2017 01:58:00      Synchrony Bank (R Us),    ATTN: Bankruptcy Dept.,
             PO Box 965060,    Orlando, FL 32896-5060
13995226    EDI: RMSC.COM Dec 02 2017 01:58:00      Synchrony Bank (Walmart),    ATTN: Bankruptcy Department,
             PO Box 965060,    Orlando, FL 32896-5060
13965485   +E-mail/Text: bankruptcy@huntington.com Dec 02 2017 02:03:06      The Huntingdon National Bank,
             Customer Service,    2361 Morse Road,    Columbus, OH 43229-5856
13965486   +E-mail/Text: bankruptcydepartment@tsico.com Dec 02 2017 02:03:52      Transworld Systems, Inc.,
             507 Prudential Road,    Horsham, PA 19044-2308
                                                                                             TOTAL: 13

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 03, 2017　　　　　　　　　　　　　　　　Signature:  /s/Joseph Speetjens

```
District/off: 0313-2          User: admin                Page 2 of 2            Date Rcvd: Dec 01, 2017
                              Form ID: 318               Total Noticed: 28
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 30, 2017 at the address(es) listed below:
              BONNIE B. FINKEL    finkeltrustee@comcast.net,  NJ69@ecfcbis.com;Finkeltrustee@comcast.net
              DIANA M. DIXON    on behalf of Debtor Joseph M. Connolly dianamdixonesq@gmail.com
              REBECCA ANN SOLARZ    on behalf of Creditor    LakeView Loan Servicing, LLC bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                             TOTAL: 4
```

| Information to identify the case: | | | |
|---|---|---|---|
| Debtor 1 | **Joseph M. Connolly** | Social Security number or ITIN | **xxx–xx–1084** |
| | First Name  Middle Name  Last Name | EIN | _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name  Middle Name  Last Name | Social Security number or ITIN | _ _ _ _ |
| | | EIN | _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | **Eastern District of Pennsylvania** | | |
| Case number: | **17–15425–jkf** | | |

## Order of Discharge                                                                                                                       12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Joseph M. Connolly

<u>11/30/17</u>                                                        **By the court:**    <u>Jean K. FitzSimon</u>
                                                                                                United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

Official Form 318                                              **Order of Discharge**                                              page 1

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**